IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth Preservation      :
Alliance, Inc.,      :
            Appellant      :
     :
         v.      :      No. 335 C.D. 2019
     :
Thomas DeSantis, Known Heir of      :
John F. DeSantis and Unknown Heirs      :
of John F. DeSantis      :

**PER CURIAM**             **O R D E R**

NOW, June 23, 2020, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.